**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

ANGELA D HUGHES
1155 WALTERS ST
COLUMBUS, OH  43201

Case No:     08-51043

Judge:       CHARLES M. CALDWELL

SSN(S):     XXX-XX-6010

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  February 17, 2011

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
| --- | --- |
| RUSHMORE LOAN MANAGEMENT SERVICE 2967 MICHELSON DR IRVINE, CA  926120657 | 52.49 |